UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN DAVID WILSON, JR.,

Petitioner,

v. CASE NO. 8:26-cv-2396-JLB-CPT

SECRETARY, DEPARTMENT
OF CORRECTIONS,

Respondent.
_______________________________/

**ORDER**

Mr. Wilson, a Florida prisoner, initiated this action by filing a motion under Federal Rule of Civil Procedure 60(b). (Doc. 1). He asserts that he is entitled to relief from the denial of his petition for a writ of habeas corpus in Case No. 8:07-cv-02185-VMC-MAP (M.D. Fla.) because the District Judge who denied his federal petition, the Honorable Virginia M. Covington, was involved in the state court criminal proceedings and intentionally concealed information that establishes a clear double jeopardy violation. (*Id*. at 4–6). As relief, he seeks an order vacating the denial of his federal petition, authorizing him to file a new federal petition, changing venue, and protecting his "right to petition the media . . . when the courts are 'inadequate and ineffective.'" (*Id*. at 6).

To initiate an action, Mr. Wilson must file either a petition or a complaint. *See* Federal Rule of Civil Procedure 3 ("A civil action is commenced by filing a complaint with the court.").

Accordingly, it is **ORDERED** that:

1. This case is **DISMISSED** without prejudice to Mr. Wilson initiating an action by filing a complaint or petition in a new case with a new case number.

2. The Clerk of the Court is **DIRECTED** to transfer Mr. Wilson's motion (Doc. 1) to Case No. 8:07-cv-02185-VMC-MAP (M.D. Fla.) for all further proceedings and to docket the motion as a Rule 60(b) motion and close this case.

**DONE andORDERED in Tampa, Florida, on August 21, 2026.**

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE